UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CLARK STEWART,**

      **Plaintiff,**

**v.**                                                      **Case No: 6:18-cv-2111-Orl-41DCI**

**FLORIDA COMMUNITY LAW GROUP, P.L.,**

      **Defendant.**

                                                /

**ORDER**

THIS CAUSE is before the Court on the Joint Motion for Conditional Class Certification and Preliminary Approval of Class Settlement Agreement ("Motion," Doc. 29). United States Magistrate Judge Daniel C. Irick issued a Report and Recommendation (Doc. 30), which recommends that the Motion be granted and the Proposed Preliminary Order (Doc. 29-4) be approved with certain modifications. The parties filed a Joint Notice of No Objection (Doc. 31). After a *de novo* review of the record, the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Conditional Class Certification and Preliminary Approval of Class Settlement Agreement (Doc. 29) is **GRANTED**.

3. The Proposed Preliminary Order (Doc. 29-4) is **APPROVED** as modified in the Report and Recommendation.

4. This case is set for a fairness hearing on January 2, 2020, at 10:00 a.m. in Courtroom 5B. George C. Young United States Courthouse Annex, 401 W. Central Boulevard, Orlando, Florida, before the Honorable Carlos E. Mendoza.

**DONE** and **ORDERED** in Orlando, Florida on September 6, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record