**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE NO. 6:18-cv-02111-CEM-DCI

CLARK STEWART, *on behalf of himself*
*and all others similarly situated*,

      Plaintiff,

v.

FLORIDA COMMUNITY LAW GROUP,
P.L.,

      Defendant.

_____/

**DECLARATION OF RUSSELL S. THOMPSON IV**

I, Russell S. Thompson IV, declare the following:

1.     I represent Plaintiff Clark Stewart in the above-captioned matter.

2.     I am over the age of 18, of sound mind, and competent to testify.

3.     If called to testify, I could make the following statements, under the penalty of perjury, based on my personal knowledge of the facts contained herein.

4.     As the firm's principal and sole partner, I have knowledge of the regular business practices of Thompson Consumer Law Group, PC.  It is the regular policy that each employee and co-counsel who works on a file enter their time spent with a brief but reasonably detailed description of the task performed into the firm's computer database, Amicus Attorney, in the ordinary course of business contemporaneously with the task being performed.

5.     Each time entry included in Plaintiff's Task-Based Itemized Statement of Attorney's Fees, attached as Exhibit A, truly and accurately represents hours worked and tasks performed in this file by each time keeper.  However, I have excluded from this statement work performed by several attorneys and paralegals, as I recognize that these tasks may be deemed

redundant or administrative. Additional entries were included in the statement but have also been waived as indicated.

6.     In particular, I personally exercised billing judgment in the handling of this representation, and I expect and require that all of my employees and co-counsel do the same. That is, I have personal knowledge of numerous instances where this representation occupied my time and the time of my employees that are not reflected in the statement, because my firm does not bill a tenth of an hour every time a case file is handled.  Furthermore, I expect and require that my employees work expeditiously and refrain from spending unreasonable amounts of time on case-related tasks.

7.     I have reviewed and approved the time incurred by each individual, and find that the time was reasonable and necessary under the circumstances. The lodestar figure in this matter is $17,770.50, as shown in the following table:

| Timekeeper | Role | Hours | Rate | Total |
|---|---|---|---|---|
| Russell S. Thompson | Partner | 26.2 | $400.00 | $10,480.00 |
| Alex Weisberg | Partner | 3.5 | $400.00 | $1,400.00 |
| David McDevitt | Associate | 14.4 | $350.00 | $5,040.00 |
| Joel Wresh | Paralegal | 1.9 | $135.00 | $256.50 |
| Zac Landis | Paralegal | 4.4 | $135.00 | $594.00 |
| | | | **TOTAL** | **$17,770.50** |

*See* Exhibit A.

8.     The time spent on this action may be divided into three phases of the case. The first phase of the case involved the initiation of the action through the time the parties filed their notice of class settlement, or the period from October 31, 2018 through April 25, 2019.  For this phase, our firms billed 22.4 hours. The second phase involved the parties' preparation of the class settlement agreement and motion for conditional class certification and preliminary approval of the class settlement, or the period from May 3, 2019 through May 31, 2019.  For this

phase, our firms billed 12.0 hours. The third phase of the case involved the parties' preparation

of the final approval motion and Class Counsel's initial preparation of the motion for attorney's

fees and litigation expenses, or the period from July 10, 2019 through December 23, 2019.  For

this phase, our firms billed 16.0 hours

9.      Plaintiff signed an attorney-client agreement with Thompson Consumer Law

Group, PC and Weisberg Consumer Law Group, PA in connection with our representation in this

matter. Clients, like Plaintiff, are required to review and provide their written agreement for the

hourly rate schedule contained therein, and my firm will not pursue an action on behalf of any

consumer without such authorization.  To date, Plaintiff has not made any payments to my firm

pursuant to its agreement to handle the instant matter. The billing rates sought in this matter

reflect the rates customarily obtained in such actions in federal district courts around the country,

by my firm as well as others.

10.      As explained further herein, the requested attorneys' fees are reasonable and

necessary based upon the amount and substantive nature of the rights at issue in this lawsuit, the

quality of the firm performing the legal work, the character and difficulty of the work to be done,

the work actually performed by the law firm on behalf of Plaintiff and the class, and the results

obtained by the firm in representing Plaintiff and the class, as well as those elements which

courts find appropriate in awarding attorneys' fees. Additionally, the attorneys' fees set forth

hereinabove are consistent with the general billing practice of my firm in performing services for

other clients of a similar nature.

11.      I obtained my J.D. from the Sandra Day O'Connor College of Law at Arizona

State University in 2011.  In 2010, I began working at a consumer law firm, Weisberg & Meyers,

LLC, as a law clerk and continued working there after graduating and becoming licensed to

practice law in Arizona.  At that firm, I began focusing my practice primarily on consumer rights litigation, including claims under the Fair Debt Collection Practices Act.  In July 2013, I was promoted to a managing attorney position at Weisberg & Meyers, LLC.  In February 2014, I left that firm and founded the Thompson Consumer Law Group, PC.  I am currently the firm's sole manager and member.    I have been licensed to practice law since January 17, 2012.  I've represented consumers before this Court, the state courts of Arizona, other federal courts, and in the Ninth Circuit Court of Appeals.  I've also represented individuals in immigration matters before the United States Immigration Courts, the Board of Immigration Appeals, and briefed such matters before the Ninth Circuit Court of Appeals.

12.    I am admitted to practice in the states of Arizona and California, the United States District Courts for the District of Arizona, the Eastern and Western Districts of Arkansas, the Central, Eastern, Northern, and Southern Districts of California, the District of Colorado, the Northern District of Florida, the Northern, Central, and Southern Districts of Illinois, the Northern and Southern Districts of Indiana, the District of Nebraska, the District of North Dakota, the District of New Mexico, the Northern and Western Districts of New York, the Eastern and Western Districts of Oklahoma, the Western District of Tennessee, the Northern, Southern, Eastern and Western Districts of Texas, and the Eastern and Western Districts of Wisconsin, the District of Arizona, and the United States Courts of Appeals for the Fifth and Ninth Circuits.

13.    I have extensive experience litigating claims under consumer protection statutes such as the Fair Debt Collection Practices Act, the Telephone Consumer Protection Act, the Electronic Fund Transfer Act, the Truth in Lending Act, and the Fair Credit Reporting Act. *See Kimble v. W. Ray Jamieson, P.C.*, No. 2:17-CV-02187SHMTMP, 2018 WL 814225, at *5 (W.D.

Tenn. Feb. 9, 2018) (listing Mr. Thompson as counsel of record in opinion granting partial judgment on the pleadings for failing to alert consumer that disputes under § 1692g(a)(4) must be made "in writing"); *Dix v. Nat'l Credit Sys., Inc.*, No. 2:16-CV-3257-HRH, 2017 WL 4865259, at *3 (D. Ariz. Oct. 27, 2017) (counsel of record in opinion granting summary judgment in favor of the plaintiff on § 1692g(a)(2) claim); *Christopher v. RJM Acquisitions LLC*, No. CV-13-02274-PHX-JAT, 2015 WL 437541, at *6 (D. Ariz. Feb. 3, 2015) (granting summary judgment in favor of the plaintiff on § 1692e(10) claim over the defendant's assertion of a bona fide error defense); *Lombardi v. Columbia Recovery Grp., LLC*, No. C12-1250 RSM, 2013 WL 5569465, at *3 (W.D. Wash. Oct. 9, 2013) (counsel of record in an opinion granting summary judgment to the plaintiff on § 1692g claims); *Bea-Mone v. Silverstein*, No. 817CV00550JLSDFM, 2019 WL 762676, at *4 (C.D. Cal. Feb. 20, 2019) (awarding attorney's fees in FDCPA action at the full lodestar amount – $91,242.50).

14. I have also been certified as class counsel in multiple cases under these statutes. *See Maloy v. Stucky, Lauer & Young LLP*, No. 1:17-CV-336-TLS, 2018 WL 6444916 (N.D. Ind. Aug. 15, 2018) (substituting Mr. Thompson as class counsel in FDCPA suit and finding that "Attorney Thompson also has years of experience litigating the type of claims and defenses at issue in this case."); *Ogletree v. Café Valley Inc.*, No. 2:16-cv-03881-JJT, 2018 WL 4179060 (D. Ariz. Apr. 13, 2018) (granting fees in FCRA case where Mr. Thompson acted as class counsel); *Jordan v. Freedom National Insurance Services Incorporated*, No. 2:16-CV-00362-DLR, 2017 WL 10185526 (D. Ariz. July 20, 2017) (granting final approval of a class action settlement under the EFTA and appointing Mr. Thompson as class counsel); *see also Akins v. Seidberg Law Offices PC*, No. CV-18-00954-PHX-DJH, 2019 WL 2395554, at *1 (D. Ariz. June 6, 2019) (awarding fees to Mr. Thompson as class counsel).

15.     As the principal of the Thompson Consumer Law Group, PC, the reasonable hourly rate for my services in this matter is $400.

16.     Alex Weisberg is the founding (and sole) partner and managing attorney of the Weisberg Consumer Law Group, PA.

17.     Mr. Weisberg obtained his J.D. from John Marshal Law School in 2000, and has been licensed to practice law in Florida since 2002.  Mr. Weisberg has been practicing consumer protection litigation exclusively since November of 2000. He has participated in hundreds of consumer arbitration hearings and have tried to jury verdict dozens of consumer protection cases in Florida, Illinois, Texas, New Mexico, Colorado and Washington.

18.     Mr. Weisberg is admitted to practice in the states of Florida and Illinois as well as the U.S. District Court, Northern District of Illinois, the U.S. District Court, Southern District of Illinois, the U.S. District Court, Southern District of Florida, the U.S. District Court, Middle District of Florida, the U.S. District Court, Northern District of Florida, the U.S. District Court, Western District of Oklahoma, the U.S. District Court, Colorado, the U.S. Court of Appeals, Seventh Circuit, and the U.S. Court of Appeals, Eleventh Circuit.

19.     As managing attorney of the Weisberg Consumer Law Group, PA, the reasonable hourly rate for my services in this matter is $400.

20.     David N. McDevitt is an associate at Thompson Consumer Law Group, PLLC. Mr. McDevitt received his J.D., cum laude, from the Sandra Day O'Connor College of Law at Arizona State University in 2013.  From May 2012 to October 2014, he worked at Weisberg & Meyers, LLC, first as a law clerk and then as an associate.   In October 2014, he joined Thompson Consumer Law Group, PLLC.  He has been licensed to practice law since November 18, 2013 and has worked exclusively in the area of consumer protection since that time.

21.    Given his time in practice, Mr. McDevitt has significant appellate experience, having successfully handled appeals before the Second, Fifth, Ninth, and Eleventh Circuits involving the FDCPA.  He also has trial experience, having obtained favorable jury verdicts as lead counsel in the District of Colorado and the Southern District of Texas, in actions brought under the FDCPA and Truth in Lending Act ("TILA"), respectively.  He was appointed as class counsel in *Ogletree v. Cafe Valley Inc.*, Case No. CV-16-03881-PHX-JJT, and *Akins v. Seidberg Law Offices, P.C.*, Case No. 2:18-cv-00954, in the District of Arizona.  In addition, Mr. McDevitt was appointed as class counsel and acted as lead attorney in *Dove v. Moody, Jones, Ingino & Morehead, P.A.*, Case No. 3:15-cv-00251, in the Middle District of Florida.  He also served as the lead attorney in *Jordan v. Freedom National Insurance Services, Inc.*, Case No. 2:16-cv-00362-DLR, in the District of Arizona, a case in which class certification was granted on a contested basis.

22.    Given this experience, the reasonable hourly rate for Mr. McDevitt's services in this matter is $350.

23.    Zac Landis is the former lead paralegal at Thompson Consumer Law Group, PC. In 2011, Mr. Landis obtained his Bachelor's Degree in Asian Languages, specifically Japanese, and a certificate in International Studies from the College of Liberal Arts and Sciences at Arizona State University. From July 2012 to July 2015, he lived in Konan, Kochi, Japan working for the Council of Local Authorities for International Relations as an Assistant Language Teacher in the JET Program. In Japan, he also did work as a translator, interpreter, and group leader for local companies, including the Konan City Board of Education, the Konan City tax office, the Marine Sports Club of Konan, and the Kochi Prefectural Youth Center. In January 2016, Mr. Landis began working as a paralegal.

24.     Joel Wresh is the lead paralegal at Thompson Consumer Law Group, PC.  In 2015, Mr. Wresh obtained his Bachelors of Science in Public Management & Policy from the University of Arizona.  In February 2019, Mr. Wresh began working at Thompson Consumer Law Group, PC as a paralegal.

25.     The reasonable hourly rate for Mr. Landis' and Mr. Wresh's services in this matter is $135.

26.     Additionally, Plaintiff has incurred $623.10 in litigation-related expenses: A filing fee of $400, a service fee of $73.10, and a *pro hac vice* fee of $150.

27.     In an effort to keep costs at a minimum and facilitate a class settlement, my firm agreed to handle administration of the class: mail class notices, process any requests for exclusion, and mail settlement checks to the Class, if the settlement is given final approval. In mailing the notice to the class, our firm incurred $51.09 in labor and $236.59 related to printing and mailing the notices, and performing change of address searches. In mailing out the settlement checks, our firm anticipates incurring $95 in labor and $138.28 related to printing and mailing the class member checks.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on December 24, 2019.

Respectfully submitted,

s/ Russell S. Thompson, IV
Russell S. Thompson, IV

| Date | Timekeeper | Activity | Time (hours) | Hourly Rate | Charge | Waived |
|------|-----------|----------|--------------|-------------|--------|--------|
| December 23, 2019 | Russell S. Thompson | Motion: [RT] Motion for Final Approval - review OC's edits (.1); sent email back with response (.2); final edits to motion docs for filing (.1) | 0.4 | $400.00 | $160.00 | |
| December 23, 2019 | Joel Wresh | Pulled and saved (34) Joint Motion for Final Approval of Class Settlement and exhibits to client's file. | 0.1 | $0.00 | $0.00 | w |
| December 23, 2019 | David McDevitt | reviewing OC's questions re 1715 compliance, giving answer (.4) | 0.4 | $350.00 | $140.00 | |
| December 20, 2019 | Russell S. Thompson | Review and approve draft motion for final approval and declaration | 0.5 | $400.00 | $200.00 | |
| December 20, 2019 | Russell S. Thompson | Class: (RT) Opt Outs postmarked by 12/19 - | 0.1 | $400.00 | $40.00 | |
| December 20, 2019 | David McDevitt | Continued preparing draft of joint motion for final approval - discussion, section on fairness (2.9); drafted conclusion (.2); reviewing/revising draft, finalizing Rt's declaration, inserting declaration citation references into the draft (.9); preparing proposed final approval order (.2) | 4.2 | $350.00 | $1,470.00 | |
| December 19, 2019 | Joel Wresh | Reviewed Judge Mendoza's procedures for contact and called courtroom deputy and left voicemail to request update re motion to appear telephonically | 0.2 | $135.00 | $27.00 | |
| December 17, 2019 | David McDevitt | began draft for motion for final approval of class settlement - set up doc, reviewed file to confirm no objections/exclusions (.1); drafted motion and introduction (.2); drafting relevant background - nature of the action section (.6); relevant facts / claims re plaintiff (1.4); sections on class action claims, settlement terms, preliminary approval, notice to the class (1.1); drafting discussion - adequacy of class notice (.7); section on Rule 23 standards (.2); began drafting section on adequacy (.5) | 5.6 | $350.00 | $1,960.00 | |

| Date | Timekeeper | Activity | Time (hours) | Hourly Rate | Charge | Waived |
|---|---|---|---|---|---|---|
| December 12, 2019 | Russell S. Thompson | Printed timesheet from Amicus for fee motion, reviewed to wave time in billing discretion and for time considered clerical or related to class administration | 0.5 | $400.00 | $200.00 | |
| December 11, 2019 | David McDevitt | drafting motion for attorney's fees and costs - reviewed file history, local rules, and set up document, drafted text of the motion (.6); drafting introduction and relevant background (1.2); drafting legal standard (.3) | 2.1 | $350.00 | $735.00 | |
| December 4, 2019 | Russell S. Thompson | Email from OC, not opposed to appearing telephonically (.1); Prepared motion to appear telephonically at fairness hearing (.4) | 0.5 | $400.00 | $200.00 | |
| December 3, 2019 | Russell S. Thompson | email to OC re motion to appear telphonically | 0.1 | $400.00 | $40.00 | |
| December 3, 2019 | Russell S. Thompson | Received Kirsten's out of office email, emailed Charles | 0.1 | $400.00 | $40.00 | |
| November 21, 2019 | Joel Wresh | Received and saved returned mailing list from NCOA. Reviewed and compared lists, emailed attorney to discuss. Updated events for follow up. | 0.3 | $0.00 | $0.00 | w |
| November 20, 2019 | Joel Wresh | Paid fee for submission of NCOA mailing list, documented cost, and forwarded receipt to accounting. Submitted NCOA mailing list and saved confirmation to client's file. | 0.4 | $0.00 | $0.00 | w |
| November 1, 2019 | Joel Wresh | Received return to sender for class letters and updated RTS spreadsheet. | 0.1 | $0.00 | $0.00 | w |
| October 14, 2019 | Joel Wresh | Received return to sender for class letters and updated RTS spreadsheet. | 0.1 | $0.00 | $0.00 | w |
| October 7, 2019 | Joel Wresh | Received return to sender for class letters and updated RTS spreadsheet. | 0.1 | $0.00 | $0.00 | w |
| October 2, 2019 | Joel Wresh | Received return to sender for class letters and created and updated spreadsheet, diaried for attorney review. | 0.3 | $0.00 | $0.00 | w |
| September 19, 2019 | Joel Wresh | Discussed class notices with attorney and submitted order for class mailing. | 0.6 | $0.00 | $0.00 | w |

| Date | Timekeeper | Activity | Time (hours) | Hourly Rate | Charge | Waived |
|------|-----------|----------|--------------|-------------|--------|--------|
| September 19, 2019 | David McDevitt | prepared mailing to class members using Click2Mail service (.5) | 0.5 | $0.00 | $0.00 | w |
| September 10, 2019 | Russell S. Thompson | Order: (RT) see (32) Order Granting Class Certification and Preliminary Class Settlement(.1); update all deadlines, revise class notice to conform to order (.2) | 0.3 | $400.00 | $120.00 | |
| September 9, 2019 | Joel Wresh | Pulled and saved (32) Order Granting Class Certification and Preliminary Class Settlement to client's file, calendared events for hearing in Amicus and Outlook, diaried for attorney review. | 0.2 | $0.00 | $0.00 | w |
| August 27, 2019 | Joel Wresh | Filed Notice of No Objection via ECF. Pulled and saved (31) Notice of No Objection to client's file. | 0.2 | $0.00 | $0.00 | w |
| August 26, 2019 | Russell S. Thompson | Order: (RT) see (30) Report and Recommendation Granting Preliminary Class Settlement - | 0.5 | $400.00 | $200.00 | |
| August 26, 2019 | Russell S. Thompson | Notice: Of no objection to R&R - drafted | 0.2 | $400.00 | $80.00 | |
| August 26, 2019 | Russell S. Thompson | Email with OC re joint notice of no objection (.1); updated to make joint (.1) | 0.2 | $400.00 | $80.00 | |
| August 26, 2019 | Joel Wresh | Pulled and saved (30) Report and Recommendation Granting Preliminary Class Settlement to client's file and diaired for attorney review. | 0.1 | $0.00 | $0.00 | w |
| August 21, 2019 | Russell S. Thompson | Review status of File Stewart, Clark v. Florida Community Law Group, P.L. - | 0.1 | $0.00 | $0.00 | w |
| July 31, 2019 | Russell S. Thompson | Review status of File Stewart, Clark v. Florida Community Law Group, P.L. - | 0.1 | $0.00 | $0.00 | w |
| July 10, 2019 | Russell S. Thompson | Respond to email from OC | 0.1 | $400.00 | $40.00 | |
| June 21, 2019 | Russell S. Thompson | Review status of File Stewart, Clark v. Florida Community Law Group, P.L. - | 0.1 | $0.00 | $0.00 | w |
| May 31, 2019 | Russell S. Thompson | Motion: (RT) Conditional Certification of a Settlement Class DUE6/3 - received signed agreement from all; reviewed and finalized all documents for filing | 0.8 | $400.00 | $320.00 | |

| Date | Timekeeper | Activity | Time (hours) | Hourly Rate | Charge | Waived |
|------|-----------|----------|--------------|-------------|--------|--------|
| May 31, 2019 | Joel Wresh | Received signatures from client, defense, and attorney for class action settlement agreement. Saved to file and sent to attorney for review. | 0.2 | $135.00 | $27.00 | |
| May 31, 2019 | Joel Wresh | Pulled and saved (29) Joint Motion to Certify Class and exhibits to client's file. | 0.1 | $0.00 | $0.00 | w |
| May 29, 2019 | Russell S. Thompson | Order: (RT) see (28) Order Granting Motion for Extension to File Conditional Class Cert. - | 0.1 | $400.00 | $40.00 | |
| May 29, 2019 | Russell S. Thompson | Review revisions to settlement agreement from OC, revise accordingly (.3); sent response to OC with remaining issues (.1) | 0.4 | $400.00 | $160.00 | |
| May 29, 2019 | Joel Wresh | Saved (28) Order Granting Motion for Extension to File Conditional Class Cert. To client's file and diaried for attorney review. | 0.1 | $0.00 | $0.00 | w |
| May 28, 2019 | Russell S. Thompson | Motion: (RT) review (27) Joint Motion for Extension to file Conditional Class Certification - | 0.1 | $400.00 | $40.00 | |
| May 28, 2019 | Joel Wresh | Pulled and saved (27) Joint Motion for Extension to file Conditional Class Certification to client's file. | 0.1 | $0.00 | $0.00 | w |
| May 21, 2019 | Russell S. Thompson | Finished drafting joint motion (2.6); prepared declaration (.6) | 3.2 | $400.00 | $1,280.00 | |
| May 21, 2019 | Russell S. Thompson | Final review, edits, and revisions to class documents (.7); sent to oc for review | 0.7 | $400.00 | $280.00 | |
| May 20, 2019 | Russell S. Thompson | Prepared drafts of class certification documents: proposed preliminary approval order (.4); Proposed final approval order (.3); proposed class notice (1.4); began drafting joint motion (1.2) | 3.3 | $400.00 | $1,320.00 | |
| May 16, 2019 | Russell S. Thompson | Prepared draft settlement agreement | 1.1 | $400.00 | $440.00 | |
| May 16, 2019 | Russell S. Thompson | Motion: (RT) review Class Member List and Ltr Encl Class Member List - | 0.1 | $400.00 | $40.00 | |
| May 16, 2019 | Russell S. Thompson | Email to oc for clarification on class list | 0.1 | $400.00 | $40.00 | |
| May 16, 2019 | Russell S. Thompson | Made edits per DM's review of settlement agreement | 0.2 | $400.00 | $80.00 | |
| May 16, 2019 | David McDevitt | reviewing / revising draft class settlement agreement per RT4 request (1.6) | 1.6 | $350.00 | $560.00 | |

| Date | Timekeeper | Activity | Time (hours) | Hourly Rate | Charge | Waived |
|---|---|---|---|---|---|---|
| May 15, 2019 | David McDevitt | wrote memo to RT4 on which templates to use for class cert motion (.5). | 0.5 | $0.00 | $0.00 | w |
| May 10, 2019 | Joel Wresh | Saved email from defense with class member list to client's file and diaried for attorney review. | 0.1 | $0.00 | $0.00 | w |
| May 3, 2019 | Russell S. Thompson | Order: (RT) review (26) Order granting Motion for Stay, Directing Parties to file Settlement Class by 5.28 - ensured deadlines properly diaried | 0.1 | $400.00 | $40.00 | |
| April 29, 2019 | Joel Wresh | Pulled and saved (26) Order granting Motion for Stay, Directing Parties to file Settlement Class by 5.28 to client's file. Updated deadlines and diaried for attorney review. | 0.1 | $0.00 | $0.00 | w |
| April 25, 2019 | Russell S. Thompson | Updated notice of settlement per OC's request, but sent email requesting clarification on addtional langauge | 0.2 | $400.00 | $80.00 | |
| April 25, 2019 | Joel Wresh | Pulled and saved (25)Notice of Class Settlement to client's file. | 0.1 | $0.00 | $0.00 | w |
| April 24, 2019 | Russell S. Thompson | Prepared notice of settlement (.1); sent to OC for approval (.1) | 0.2 | $400.00 | $80.00 | |
| April 16, 2019 | Russell S. Thompson | Call with client to discuss status of the case and class settlement | 0.3 | $400.00 | $120.00 | |
| April 16, 2019 | Russell S. Thompson | Settlement: (RT) Call with Kirsten re settlement | 0.2 | $400.00 | $80.00 | |
| April 15, 2019 | Russell S. Thompson | Called client and left message | 0.1 | $400.00 | $40.00 | |
| April 11, 2019 | Joel Wresh | Saved Notice of PHV Fees Paid to client's file and documented costs. | 0.1 | $0.00 | $0.00 | w |
| April 10, 2019 | Russell S. Thompson | Settlement: (RT) review email and letter from OC with Class Settlement Offer - emailed OC | 0.1 | $400.00 | $40.00 | |
| April 8, 2019 | Joel Wresh | Saved email and letter from defense to client's file and diaried for review. | 0.1 | $0.00 | $0.00 | w |
| April 4, 2019 | Russell S. Thompson | Order: (RT*) review (24) Order Granting RT's PHV | 0.1 | $400.00 | $40.00 | |
| April 4, 2019 | Joel Wresh | Pulled and saved (24) Order Granting RT's PHV to client's file and diaried for attorney review. | 0.1 | $0.00 | $0.00 | w |

| Date | Timekeeper | Activity | Time (hours) | Hourly Rate | Charge | Waived |
|---|---|---|---|---|---|---|
| April 3, 2019 | Joel Wresh | Filed motion for attorney Thompson to appear pro hac vice via ECF. Pulled and saved (23) Motion for Admission Pro Hac Vice (Russ Thompson) to client's file. | 0.2 | $0.00 | $0.00 | w |
| April 2, 2019 | Joel Wresh | Prepared pro hac vice motion and application for attorney Thompson. Sent check request to accounting and emailed defense for their position of same. | 0.4 | $135.00 | $54.00 | |
| April 2, 2019 | Alex Weisberg | Reviewed and approved Pro Hac Vice Motion | 0.1 | $400.00 | $40.00 | |
| April 2, 2019 | Russell S. Thompson | review and approve PHV | 0.1 | $400.00 | $40.00 | |
| March 29, 2019 | Russell S. Thompson | Settlement: (RT) OC wants some language to include - emailed re same | 0.1 | $400.00 | $40.00 | |
| March 28, 2019 | Russell S. Thompson | Settlement: (RT*) emails with OC re class settlement | 0.2 | $400.00 | $80.00 | |
| March 28, 2019 | Joel Wresh | Defense requested suggestions to notice of mediator. Made changes and sent to attorney for review. | 0.1 | $135.00 | $13.50 | |
| March 28, 2019 | Alex Weisberg | reviewed and approved notice of mediator | 0.1 | $400.00 | $40.00 | |
| March 28, 2019 | Joel Wresh | Filed notice of selection of mediatior via ECF. Pulled and saved (22) Notice of Selection of Mediatior to client's file. | 0.2 | $135.00 | $27.00 | |
| March 27, 2019 | Russell S. Thompson | Emails with JW re mediator | 0.1 | $400.00 | $40.00 | |
| March 27, 2019 | Joel Wresh | Emailed defense counsel with information on selected mediator and sent notice to attorney for approval. | 0.2 | $135.00 | $27.00 | |
| March 26, 2019 | Russell S. Thompson | Review: [RT] Status Partner (First) - Review file, confirm necessary events scheduled and that case is on trial track | 0.3 | $400.00 | $120.00 | |
| March 26, 2019 | Joel Wresh | Emailed defense requesting information on their suggested mediator. | 0.1 | $135.00 | $13.50 | |
| March 25, 2019 | Russell S. Thompson | Email from OC suggesting other mediators (.1); researched them (.2) | 0.3 | $400.00 | $120.00 | |
| March 25, 2019 | Joel Wresh | Called Viktoria Collins and left voice mail requesting quote for mediation. | 0.1 | $0.00 | $0.00 | w |
| March 21, 2019 | Russell S. Thompson | Email from def with class counter | 0.1 | $400.00 | $40.00 | |

| Date | Timekeeper | Activity | Time (hours) | Hourly Rate | Charge | Waived |
|------|-----------|----------|--------------|-------------|--------|--------|
| March 19, 2019 | Russell S. Thompson | Made class demand to defendant | 0.1 | $400.00 | $40.00 | |
| March 18, 2019 | Russell S. Thompson | Order: (RT) review (21) Order Referring Case to Mediation - | 0.1 | $400.00 | $40.00 | |
| March 18, 2019 | Russell S. Thompson | Order: (RT) review (19) Case Management and Scheduling Order and (20) Order Directing Parties to Select Mediator by 3.29 - ensured deadlines properly diaried | 0.1 | $400.00 | $40.00 | |
| March 18, 2019 | David McDevitt | Reviewed Defendant's net worth documents, call with Russ | 0.5 | $350.00 | $175.00 | |
| March 18, 2019 | Russell S. Thompson | Reviewed net worth documents and discussed with David | 0.5 | $400.00 | $200.00 | |
| March 18, 2019 | Joel Wresh | Pulled and saved (21) Order Referring Case to Mediation to client's file and diaried for attorney review. | 0.1 | $0.00 | $0.00 | w |
| March 18, 2019 | Alex Weisberg | Discussed mediators with Russ | 0.1 | $400.00 | $40.00 | |
| March 18, 2019 | Russell S. Thompson | Discussed which mediator to suggest with AW | 0.1 | $400.00 | $40.00 | |
| March 18, 2019 | Joel Wresh | Emailed defense counsel requesting approval on suggested mediator. | 0.1 | $135.00 | $13.50 | |
| March 15, 2019 | Joel Wresh | Pulled and saved (19) Case Management and Scheduling Order and (20) Order Directing Parties to Select Mediator by 3.29 to client's file. Calendared events and sent appointment invites to attorneys. Diaried for attorney review. | 0.5 | $0.00 | $0.00 | w |
| March 5, 2019 | Alex Weisberg | Reviewed confidentiality agreement and discussed with Russ | 0.2 | $400.00 | $80.00 | |
| March 5, 2019 | Russell S. Thompson | Reviewed confidentiality agreement (.2); discussed with Alex (.1) | 0.3 | $400.00 | $120.00 | |
| March 4, 2019 | Russell S. Thompson | Discovery: (RT) review Defs Rule 26(a) Disclosures - | 0.2 | $400.00 | $80.00 | |
| March 1, 2019 | Alex Weisberg | Review and approve initial disclosures | 0.2 | $400.00 | $80.00 | |
| March 1, 2019 | Joel Wresh | Sent initial disclosures via email and via USPS. | 0.1 | $0.00 | $0.00 | w |
| February 27, 2019 | Russell S. Thompson | Email from OC - still working on net worth docs | 0.1 | $400.00 | $40.00 | |
| February 26, 2019 | Russell S. Thompson | Sent fu email to oc re class size and net worth | 0.1 | $400.00 | $40.00 | |

| Date | Timekeeper | Activity | Time (hours) | Hourly Rate | Charge | Waived |
|---|---|---|---|---|---|---|
| February 20, 2019 | Joel Wresh | Filed case management report via ECF. Pulled and saved (18) Case Management Report to client's file. | 0.2 | $0.00 | $0.00 | w |
| February 19, 2019 | Russell S. Thompson | Cal with OC (.2); email with revisions to CMR (.1) | 0.3 | $400.00 | $120.00 | |
| February 18, 2019 | Russell S. Thompson | emails with AW re proposed changes | 0.2 | $400.00 | $80.00 | |
| February 18, 2019 | Alex Weisberg | Telephonic [AW*] Rule 26f Conference 2.18 @ 3pm EST - Reviewed file and proposed changes from OC (.3); emails with Russ re the proposed changes (.2), particiapted in telephonic conference (.2) | 0.7 | $400.00 | $280.00 | |
| February 18, 2019 | Russell S. Thompson | Review email from oc (.1); review local rules for the rule she is referencing without success (.2); drafted response (.2) | 0.5 | $400.00 | $200.00 | |
| February 12, 2019 | Russell S. Thompson | Review: (RT) (15) Def's notice of pendency of other actions - | 0.1 | $400.00 | $40.00 | |
| February 12, 2019 | Joel Wresh | Received email from OC, saved to client's file and emailed attorney Weisberg to schedule conference. | 0.1 | $0.00 | $0.00 | w |
| February 12, 2019 | Joel Wresh | Updated and filed motion to to conduct rule 26f telephonically via ECF. | 0.2 | $0.00 | $0.00 | w |
| February 12, 2019 | Joel Wresh | Pulled and saved (16) Motion to to conduct rule 26f telephonically to client's file. | 0.1 | $0.00 | $0.00 | w |
| February 12, 2019 | Joel Wresh | Emailed defense counsel for availability to conduct rule 26f conference | 0.1 | $135.00 | $13.50 | |
| February 12, 2019 | Joel Wresh | Pulled and saved (17) Order granting motion to appear telephonically if parties agree on dates to client's file. Memo to file for attorney review. | 0.1 | $0.00 | $0.00 | w |
| February 11, 2019 | Alex Weisberg | Reviewed and approve JSR, advised Joel to file motion for 26f to be telephonic | 0.2 | $400.00 | $80.00 | |
| February 11, 2019 | Joel Wresh | Received email from attorney Weisberg regarding motion to file to appear telephonically for 26(f) and CMR to be sent to OC. Emailed drafts for approval. | 0.2 | $135.00 | $27.00 | |

| Date | Timekeeper | Activity | Time (hours) | Hourly Rate | Charge | Waived |
|---|---|---|---|---|---|---|
| February 11, 2019 | Joel Wresh | Received voicemail from client stating he has questions about paperwork that was recently sent to him. Saved voicemail to client's file for attorney review. | 0.1 | $135.00 | $13.50 | |
| February 8, 2019 | Zac Landis | emails with defense to set 26f | 0.1 | $135.00 | $13.50 | |
| February 7, 2019 | Zac Landis | Pulled and saved defendant's notice of pendency of other actions, doc 15, to client's electronic file. memo to file for attorney review | 0.1 | $135.00 | $13.50 | |
| January 29, 2019 | Russell S. Thompson | Settlement: (RT*) call with OC | 0.2 | $400.00 | $80.00 | |
| January 28, 2019 | Russell S. Thompson | Reviewed and revised draft Joint Proposed Scheduling Order | 0.2 | $400.00 | $80.00 | |
| January 28, 2019 | Zac Landis | Prepared draft of case management report. To attorney for review | 0.5 | $135.00 | $67.50 | |
| January 24, 2019 | Russell S. Thompson | called oc and left message | 0.1 | $400.00 | $40.00 | |
| January 24, 2019 | Russell S. Thompson | Review: (RT) (14) Def's first amended answer; compared with original | 0.2 | $400.00 | $80.00 | |
| January 24, 2019 | Zac Landis | Pulled and saved first amended answer, doc 14, to client's electronic file. memo to file for attorney review | 0.1 | $0.00 | $0.00 | w |
| January 22, 2019 | Russell S. Thompson | recevied email and vm from OC | 0.1 | $400.00 | $40.00 | |
| January 21, 2019 | Zac Landis | Emailed defense to follow up on 26f | 0.1 | $135.00 | $13.50 | |
| January 18, 2019 | Russell S. Thompson | Review: (RT) (13) Def's certificate of interested persons and corporate disclosure statement - | 0.1 | $400.00 | $40.00 | |
| January 17, 2019 | Zac Landis | Pulled and saved defendant's certificate of interested persons and corporate disclosure, doc 13, to client's electronic file. memo to file for attorney review | 0.1 | $0.00 | $0.00 | w |
| January 17, 2019 | Alex Weisberg | Emailed Zac to prepare motion to hold 26f telephonically | 0.1 | $400.00 | $40.00 | |
| January 17, 2019 | Zac Landis | Prepared draft of initial rule 26 disclosure statement. Memo to file for attorney review and revision | 0.5 | $135.00 | $67.50 | |
| January 17, 2019 | Zac Landis | Prepared motion to conduct 26f conference telephonically. To attorney for review | 0.2 | $135.00 | $27.00 | |

| Date | Timekeeper | Activity | Time (hours) | Hourly Rate | Charge | Waived |
|---|---|---|---|---|---|---|
| January 17, 2019 | Alex Weisberg | reviewed and approved motion for 26f telephonically | 0.1 | $400.00 | $40.00 | |
| January 17, 2019 | Zac Landis | Emailed defense for 26f conference availability. Saved correspondence to file | 0.1 | $135.00 | $13.50 | |
| January 8, 2019 | Alex Weisberg | Settlement call with Russ | 0.2 | $400.00 | $80.00 | |
| January 8, 2019 | Russell S. Thompson | Spoke with Alex re settlement and client's settlement authority before call (.2); poke with client (with associate), discussed settlement authority in class context and obtained SA (.3); had associate send email to confirm authority (.1) | 0.6 | $400.00 | $240.00 | |
| January 8, 2019 | Russell S. Thompson | email correspondence with OC | 0.1 | $400.00 | $40.00 | |
| January 7, 2019 | Russell S. Thompson | Called client to obtain SA, lm; sent email. | 0.1 | $400.00 | $40.00 | |
| January 7, 2019 | Russell S. Thompson | Reviewed email from OC, responded requesting information on class size and net worth | 0.2 | $400.00 | $80.00 | |
| January 7, 2019 | Alex Weisberg | Received email from counsel for defense from while I was out (.1); email to RT re response and thoughts on settlement (.2) | 0.3 | $400.00 | $120.00 | |
| January 4, 2019 | Russell S. Thompson | Review: [RT] Answer D1 - Compare against allegations in complaint, highlight relevant portions thereof; memo to file for Initial Disclosure and discovery | 0.3 | $400.00 | $120.00 | |
| January 4, 2019 | Russell S. Thompson | Order: (RT*) review (10) Interested persons order | 0.1 | $400.00 | $40.00 | |
| January 3, 2019 | Russell S. Thompson | Motion: (RT) review (8) Def's motion for extension to answer - | 0.1 | $400.00 | $40.00 | |
| January 3, 2019 | Russell S. Thompson | Review: (RT) (9) Notice of Appearance (Meltz for def) - | 0.1 | $400.00 | $40.00 | |
| January 3, 2019 | Zac Landis | Pulled and saved notice of appearance, doc 9, to client's electronic file. created contact card for counsel and added to Amicus file. memo to file for attorney review | 0.2 | $0.00 | $0.00 | w |

| Date | Timekeeper | Activity | Time (hours) | Hourly Rate | Charge | Waived |
|---|---|---|---|---|---|---|
| January 3, 2019 | Zac Landis | Pulled and saved interested persons order, doc 10, to client's electronic file. memo to file for attorney review | 0.1 | $0.00 | $0.00 | w |
| January 3, 2019 | Zac Landis | Pulled and saved answer to complaint, doc 11, to client's electronic file. memo to file for attorney review | 0.1 | $0.00 | $0.00 | w |
| January 2, 2019 | Zac Landis | Pulled and saved motion for extension to answer, doc 8, to client's electronic file. memo to file for attorney review and response | 0.1 | $0.00 | $0.00 | w |
| December 28, 2018 | Russell S. Thompson | email from OC with bank statements, reviewed | 0.2 | $400.00 | $80.00 | |
| December 27, 2018 | Russell S. Thompson | received email from OC (.1); Call with OC (.2) | 0.3 | $400.00 | $120.00 | |
| December 27, 2018 | Zac Landis | Received proof of service from process server. Saved to client's file. Organized and extracted pages. Forwarded invoice to accounting. Filed summons executed via ECF. | 0.2 | $0.00 | $0.00 | w |
| December 27, 2018 | Zac Landis | Pulled and saved summons executed, doc 7, to client's electronic file | 0.1 | $0.00 | $0.00 | w |
| December 26, 2018 | Russell S. Thompson | Settlement: (RT) respond to email from OC per AW's request | 0.1 | $400.00 | $40.00 | |
| December 21, 2018 | Alex Weisberg | Received email from counsel for defense (.1); sent email to RT to handle (.1) | 0.2 | $400.00 | $80.00 | |
| December 10, 2018 | Russell S. Thompson | Order: (RT*) review 3 and 4, related cases, track, and pendency orders; note for Zac to prepare | 0.1 | $400.00 | $40.00 | |
| December 10, 2018 | Zac Landis | Filed and saved complaint and initiating documents, docs 1 and 2, to client's electronic file. created contact cards for assigned judges and added to Amicus file | 0.2 | $0.00 | $0.00 | w |
| December 10, 2018 | Zac Landis | Filed and saved track notice and related cases order, doc 3, and order for pendency of other actions order, doc 4, to client's electronic file. | 0.2 | $0.00 | $0.00 | w |
| December 10, 2018 | Zac Landis | prepared draft related cases notice and notice of pendency of other actions. To attorney for review | 0.2 | $135.00 | $27.00 | |

| Date | Timekeeper | Activity | Time (hours) | Hourly Rate | Charge | Waived |
|---|---|---|---|---|---|---|
| December 10, 2018 | Alex Weisberg | Reviewed and approved related case notice (.1) and pendancy of other actions (.1) | 0.2 | $400.00 | $80.00 | |
| December 10, 2018 | Zac Landis | Filed notice of pendency of related cases and corporate disclosure statement via ECF | 0.1 | $0.00 | $0.00 | w |
| December 10, 2018 | Zac Landis | Pulled and saved Filed notice of pendency of related cases and corporate disclosure statement, docs 5 and 6, to client's electronic file | 0.1 | $0.00 | $0.00 | w |
| December 10, 2018 | Zac Landis | Double checked Secretary of State website listings to ensure address for process service had not been updated or changed; contacted process server to set up service upon defendant; organized and sent all documents for service to process server via electronic mail; saved correspondence to file | 0.2 | $135.00 | $27.00 | |
| November 29, 2018 | Zac Landis | Received client approval to file complaint | 0.1 | $135.00 | $13.50 | |
| November 29, 2018 | Alex Weisberg | Reviewed file, reviewed and approved draft complaint | 0.3 | $400.00 | $120.00 | |
| November 29, 2018 | Zac Landis | Printed complaint and initiating documents; created cover letter to clerk of court to accompany complaint; burned CD with initiating documents per local rules; mailed original complaint and initiating documents with appropriate copies to the court for filing with return envelope for conformed copies; sent copy of filed complaint to client with status update via electronic mail; saved correspondence to file | 0.5 | $0.00 | $0.00 | w |
| November 28, 2018 | Russell S. Thompson | Converted draft complaint to class (.3); added additional claims and facts (.4) in preparation for sending to Alex and client for approval to file | 0.7 | $400.00 | $280.00 | |
| November 28, 2018 | Zac Landis | Emailed client and Alex for approval to file complaint | 0.1 | $135.00 | $13.50 | |

| Date | Timekeeper | Activity | Time (hours) | Hourly Rate | Charge | Waived |
|---|---|---|---|---|---|---|
| November 27, 2019 | Alex Weisberg | Discussed complaint at litigation meeting and whether to proceed as class | 0.3 | $400.00 | $120.00 | |
| November 27, 2018 | Russell S. Thompson | Lit-Meeting: (RT) Discuss Draft Complaint at Litigation Meeting | 0.3 | $400.00 | $120.00 | |
| November 27, 2018 | Russell S. Thompson | Admin: (RT) Install Precedent - Open File Partner: Confirm current status of Defendant via Internal Database and PACER to confirm viability before filing and confirm no default judgments since signing (.3); research potential class viability via Hoovers and Buzzfile (.3); quick review local binding law for new developments (.2); prepare amicus precedent to track litigation progress and status (.1) | 0.9 | $400.00 | $360.00 | |
| November 20, 2018 | Russell S. Thompson | Pre-Litigation: (RT*) Prepare DRAFT Complaint w/ Exhibits - Reviewed client file, all evidence and statements; perform substantive and procedural research; prepare draft complaint; review and revise | 0.5 | $400.00 | $200.00 | |
| November 7, 2018 | Russell S. Thompson | Review: new documents from client | 0.1 | $400.00 | $40.00 | |
| November 7, 2018 | Zac Landis | Reviewed attorney assignment sheet; prepared draft of complaint; prepared exhibits; memo to attorney for review and approval | 1 | $135.00 | $135.00 | |
| November 6, 2018 | Russell S. Thompson | Reviewed file to determine SOL | 0.1 | $400.00 | $40.00 | |
| November 5, 2018 | Zac Landis | Received new documentation from client. Saved to client's file. Memo to file for attorney review. | 0.1 | $135.00 | $13.50 | |
| November 2, 2018 | Zac Landis | Pre-Litigation: Received Signed Contract - moved inquiry to Signed in database; opened client's file in Amicus; created electronic file; saved client's documents to electronic file; created contact for client in Amicus. | 0.4 | $0.00 | $0.00 | w |
| November 2, 2018 | Zac Landis | Confirmed/conducted Viability/Service Information Search; Organized documents; and completed summary template. | 0.8 | $135.00 | $108.00 | |

| Date | Timekeeper | Activity | Time (hours) | Hourly Rate | Charge | Waived |
|------|-----------|----------|--------------|-------------|--------|--------|
| November 2, 2018 | Zac Landis | prepared welcome letter. to attorney for review | 0.2 | $135.00 | $27.00 | |
| November 2, 2018 | Russell S. Thompson | Reviewed and approved welcome letter | 0.1 | $400.00 | $40.00 | |
| November 2, 2018 | Zac Landis | Emailed welcome letter to client | 0.1 | $135.00 | $13.50 | |
| November 2, 2018 | Russell S. Thompson | returned call to discuss contract, left message | 0.1 | $400.00 | $40.00 | |
| November 2, 2018 | Russell S. Thompson | spoke, discussed claims and relation to state court matter | 0.3 | $400.00 | $120.00 | |
| October 31, 2018 | Alex Weisberg | Discussed claims with Russ | 0.2 | $400.00 | $80.00 | |
| October 31, 2018 | Russell S. Thompson | Received initial inquiry from PNC, reviewed form and documents (.4); prepared factual summary of claims (.3); Discussed with Alex (.2); prepared contract (.1); called and left message to discuss (.1) | 1.1 | $400.00 | $440.00 | |
| | | | | **TOTAL** | $17,770.50 | |