UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CLARK STEWART,**

**Plaintiff,**

**v.**                                                    **Case No:  6:18-cv-2111-Orl-41DCI**

**FLORIDA COMMUNITY LAW
GROUP, P.L.,**

**Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on the Joint Motion for Class Certification and Final Approval of Class Action Settlement Agreement (Doc. 34) and Class Counsel's Unopposed Motion for Attorney's Fees and Litigation Expenses (Doc. 36). Both motions will be granted.

The Class Action Settlement Agreement (Doc. 29-1) was preliminarily approved in this Court's September 6, 2019 Order (Doc. 32), and the settlement classes set forth therein were preliminarily certified. (*See id.* at 1 (approving the Proposed Preliminary Order, as modified); Proposed Order, Doc. 29-4, at 4 (certifying the Settlement Class)). In addition, the Court appointed Plaintiff's counsel as Class Counsel, (Doc. 29-4 at 4–5), and approved the Class Notice, (*id.* at 4; *see also generally* Class Notice, Doc. 29-2). Class notification was properly effectuated. (*See* Thompson Decl., Doc. 34-1, ¶¶ 11–15). Of the 190 Settlement Class Members, none opted out or filed objections. (*Id.* ¶¶ 16–22). The Court finds that the Settlement Agreement is in all respects fair, reasonable, and adequate, and in the best interests of all those affected by it. Accordingly, this Order binds all Settlement Class Members.

Further, for the reasons set forth in Counsel's Unopposed Motion for Attorney's Fees and Litigation Expenses, the Court finds an award of $15,520.96 in attorney's fees, litigation-related expenses, and expenses related to class administration reasonable.

For the reasons set forth herein and in the Report and Recommendation (Doc. 30), which was adopted by this Court, (Doc. 32), and upon finding that the Notice procedures were fully complied with, it is **ORDERED** and **ADJUDGED** as follows:

1. The Joint Motion for Class Certification and Final Approval of Class Action Settlement Agreement (Doc. 34) and Class Counsel's Unopposed Motion for Attorney's Fees and Litigation Expenses (Doc. 36) are **GRANTED**.

2. The following Class is **CERTIFIED**:

    a. All individuals in the State of Florida to whom, during the Class Period and in an attempt to collect a debt, Defendant served a notice based on the Template.

    b. The Class Period runs from December 7, 2017, to December 7, 2018.

    c. Excluded from the Class are:

        i. Any person who is already subject to an existing release;

        ii. Any person who is deceased as of this date; and

        iii. Any person who has been discharged in bankruptcy under Title 11 of the United States Code as of the date of this order.[1]

3. The Court confirms the appointment of Plaintiff as class representative and attorneys Russell S. Thompson IV and Alex D. Weisberg as Class Counsel.

---

[1] The proposed class also excluded any Class Member who timely mailed a request for exclusion, but no Class Members requested exclusion.

4.  The Settlement Agreement (Doc. 29-1) is **APPROVED**.

5.  Class Counsel is awarded $15,520.96 in attorney's fees and costs.

6.  This Court retains jurisdiction over this action, including over the administration, implementation, interpretation, and enforcement of the Settlement Agreement.

7.  This case is **DISMISSED with prejudice**.

8.  The hearing set for January 2, 2020, is **CANCELLED**.

9.  Plaintiff's Unopposed Motion to Appear Telephonically at the January 2, 2020 Fairness Hearing (Doc. 33) is **DENIED as moot**.

10. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on December 30, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record